ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Zafer Taahhut Insaat ve Ticaret A.S. | ) ASBCA No. 62102 |
| | ) |
| Under Contract No. N62470-15-C-5006 | ) |

APPEARANCE FOR THE APPELLANT:  Sam Zalman Gdanski, Esq.
    Gdanski Law, PC
    Teaneck, NJ

APPEARANCES FOR THE GOVERNMENT:  Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    David M. Ruddy, Esq.
    Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 21, 2022

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62102, Appeal of Zafer Taahhut Insaat ve Ticaret A.S., rendered in conformance with the Board's Charter.

Dated:  June 23, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals